# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ACCO BRANDS CORPORATION, a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAX INDIA LIMITED, a public limited company incorporated under the Indian Companies Act, )<br>)<br>Defendant. ) | Case No. 09 cv 5897<br><br>Hon. Ronald A. Guzman |

## JOINT PROPOSED RULE 26(F) DISCOVERY SCHEDULE

Pursuant to this Court's Order of September 25, 2009 (Dkt No. 8) and Federal Rule of Civil Procedure 26(f), Plaintiff ACCO Brands Corporation ("ACCO") and Defendant Max India Limited ("Max India"), through their attorneys, conferred and jointly propose and submit the following discovery plan:

1. Fed. R. Civ. P. 26(a)(1) Initial Disclosures will be exchanged on or before **November 13, 2009**.

2. The parties will abide by the Federal Rules of Civil Procedure with regard to all discovery requests and to the length and number of depositions. The parties shall seek leave of Court should they in good faith determine that these limits are not feasible under the circumstances.

3. Written discovery shall commence immediately.

4. Oral discovery shall commence no earlier than **January 4, 2010**.

5.  To the extent either party intends to rely on expert opinions in a potentially dispositive motion filed under this scheduling order, disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) must be made on or before **May 17, 2010**.

6.  All discovery shall close on **July 12, 2010**.

7.  Any potentially dispositive motions shall be filed by **August 13, 2010**.

8.  Pretrial and trial deadlines to be set according to the Court's schedule.

Dated: November 3, 2009                     Respectfully submitted,

By: __/s/ Martin J. Bishop_____          By: __James R. Pranger_____
Martin J. Bishop, IL Bar No. 06269425              James R. Pranger
Thomas C. Hardy, IL Bar No. 6294305                Christopher D. Mickus
Foley & Lardner LLP                                Patrick Frye
321 North Clark Street, Suite 2800                 Neal Gerber & Eisenberg LLP
Chicago, IL 60654-5313                             Two North LaSalle Street, Suite 1700
312.832.4500                                       Chicago, IL 60602-3801
312.832.4700                                       312.269.8000
                                                   312.269.1747
*Attorneys for ACCO Brands Corporation*
                                                   *Attorneys for Max India Limited*

## **CERTIFICATE OF SERVICE**

   I, Thomas C. Hardy, an attorney, certify that I caused a true and correct copy of the **Joint Proposed Rule 26(f) Discovery Schedule** to be served on the following ECF participants via the Court's ECF filing system on November 3, 2009:

James R. Pranger
Christopher D. Mickus
Patrick Frye
Neal Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
312.269.8000
312.269.1747
Attorneys for Max India Limited

                 ___/s/ Thomas C. Hardy_____